**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WILLIAM MANFORD NIELSEN,** | § | **CASE NO.  08-33097-H1-7** |
| **JR., and GRACE DEAN NIELSEN** | § | **(Chapter 7)** |
| **DEBTORS** | § | |

MOTION TO PAY FUNDS
INTO THE REGISTRY UNDER
§  11 U.S.C. §374 (A)

The undersigned trustee reports:

\_\_\_\_\_     The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in
        an amount less than the amount specified in Bankruptcy Rule 3010.

 X     More than ninety (90) days have passed since the supplemental final distribution,
        and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain
        unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. §347(a),  the undersigned
trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown
on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title
28 (28 U.S.C. 2041, et seq).

        Dated: September 25, 2009                    */s/ Rodney Tow*
                                                  Rodney D. Tow
                                                 Chapter 7 Trustee
                                                 26219 Oak Ridge Drive
                                                 The Woodlands, TX 77380
                                                 281-681-9100


                        CERTIFICATE OF SERVICE


        I certify that a copy of the foregoing was sent electronically  to the U.S. Trustee, 515
Rusk, Suite 3516, Houston, TX 77002 on the 25th  of September, 2009.
                                        */s/ Rodney Tow*
                                        Rodney Tow, Trustee

EXHIBIT "A"


PLEASE CHECK ONE:


_____          Small Dividends

  X          Unclaimed Dividends


| Name & Address | Claim No. | Amount |
| --- | --- | --- |
| Direct Capital Corp.<br>155 Commerce Way<br>Portsmouth, NH 03801 | 12 | $3,335.67 |